KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00395 CRB |
|    Plaintiff, | REQUEST, STIPULATION AND ORDER |
|   v. | |
| HYE CHA KIM, | |
|    Defendant. | |

    This matter is currently on the Court's calendar for July 26, 2006. Through counsel, defendant Hye Cha Kim and the United States ask the Court to (a) vacate the July 26, 2006 date based on the parties' on-going plea negotiations, (b) set a date of August 16, 2006 for status/change-of-plea, and (c) exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 from July 26, 2006, to August 16, 2006.

    1. The parties are currently engaged in plea negotiations and request that the Court set the matter for August 16, 2006, for status/change-of-plea.

    2. Recently, the government provided defense counsel with additional discovery (including two binders with hundreds of pages of reports and information) and thereafter the parties met

ORDER
CR 05-00395 CRB

1

1  twice to discuss a negotiated disposition of the matter.  The parties anticipate further discussions
2  to resolve the case..
3      3.  The parties agree that the time between July 26, 2006 and August 16, 2006 should be
4  excluded from the Speedy Trial clock.  Previously, the Court has declared this case complex.
5  See 18 U.S.C. § 3161(h)(8)(B)(ii).  Further, defense counsel needs time to review additional
6  materials from the government and investigate the immigration consequences of a plea
7  agreement.  These matters require a short time to address, and so the parties agree that a
8  continuance is necessary for the effective preparation of defense counsel, taking into account the
9  exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the
10 ends of justice served by excluding the period from July 26, 2006 to August 16, 2006 outweigh
11 the interest of the public and the defendant in a Speedy Trial.  See id. § 3161(h)(8)(A).
12     STIPULATED:
13
14
     July 20, 2006                                              /S/    PETER B. AXELROD
15   DATE                                                       PETER B. AXELROD
                                                                LAUREL BEELER
16                                                              Assistant United States Attorneys
17
18
     July 20, 2006                                              /S/   SCOTT SUGARMAN
19   DATE                                                       SCOTT SUGARMAN
                                                                Attorney for Hye Cha Kim
20
21
22                                          **ORDER**
23     For good cause shown, and for the reasons stated above, the Court (a) vacates the July 26,
24 2006, hearing date for defendant Hye Cha Kim based on the on-going plea negotiations, (b) sets
25 the matter for status/change-of-plea on August 16, 2006, at 2:15 p.m., and (c) excludes times
26 under the Speedy Trial Act, 18 U.S.C. § 3161, from July 26, 2006, to August 16, 2006.  The
27 Court finds that the failure to grant the requested exclusion would deny defense counsel
28

ORDER
CR 05-00395 CRB

1  reasonable time necessary for effective preparation taking into account the exercise of due
2  diligence.  Further, the Court finds the exclusion warranted on complexity grounds, under 18
3  U.S.C. § 3161(h)(8)(B)(ii).  Thus, the Court finds that the ends of justice served by granting the
4  requested exclusion outweigh the best interest of the public and the defendant in a speedy trial
5  and in the prompt disposition of criminal cases.  The Court therefore concludes that this
6  exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii) and
7  (h)(8)(B)(iv).
8       IT IS SO ORDERED.

10  DATED:__July 24, 2006____



ORDER
CR 05-00395 CRB

3