1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PETER B. AXELROD (CSBN 190843)
   LAUREL BEELER (CSBN 187656)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-6774
      Facsimile: (415) 436-7234
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 05-00395 CRB
                                       )
15         Plaintiff,                  )    REQUEST, STIPULATION AND ORDER
                                       )
16    v.                               )
                                       )
17  HYE CHA KIM,                       )
                                       )
18         Defendant.                  )
    _____)
19
          This matter is currently on the Court's calendar for September 20, 2006. Through
20
    counsel, defendant Hye Cha Kim and the United States ask the Court to (a) vacate the September
21
    20, 2006 date based on the defendant's anticipated plea agreement, (b) set a date of November 1,
22
    2006 for change-of-plea, and (c) exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 from
23
    September 20, 2006, to November 1, 2006.
24
          1. The parties are currently engaged in plea negotiations and request that the Court set the
25
    matter for November 1, 2006, for status/change-of-plea.
26
          2. Based on the on-going negotiations, defense counsel needs time to review certain
27
    discovery. Further, government counsel will be out of district the first two weeks of September,
28
    ORDER
    CR 05-00395 CRB
                                                  1

1   and on October 3, 2006, defense counsel is starting a 4-8 week trial before Judge Walker. The
2   parties anticipate further discussions to resolve the case.
3       3. The parties agree that the time between September 20, 2006 and November 1, 2006
4   should be excluded from the Speedy Trial clock. Previously, the Court has declared this case
5   complex. See 18 U.S.C. § 3161(h)(8)(B)(ii). Further, defense counsel needs time to review
6   additional materials from the government and investigate the immigration consequences of a plea
7   agreement. The parties agree that a continuance is necessary for the effective preparation of
8   defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. §
9   3161(h)(8)(B)(iv). Further, given counsels' schedules, a continuance is appropriate based on
10  continuity of counsel. Id. The parties also agree that the ends of justice served by excluding the
11  period from September 20, 2006 to November 1, 2006 outweigh the interest of the public and the
12  defendant in a Speedy Trial. See id. § 3161(h)(8)(A).
13  STIPULATED:

16  September 14, 2006                /s
    DATE                              PETER B. AXELROD
17                                    LAUREL BEELER
                                      Assistant United States Attorneys

20  September 14, 2006                /s
    DATE                              SCOTT SUGARMAN
                                      Attorney for Hye Cha Kim

23                              **ORDER**
24      For good cause shown, and for the reasons stated above, the Court (a) vacates the September
25  20, 2006, hearing date for defendant Hye Cha Kim based on the anticipated change-of-plea, (b)
26  sets the matter for status/change-of-plea on November 1, 2006, at 2:15 p.m., and (c) excludes
27  times under the Speedy Trial Act, 18 U.S.C. § 3161, from September 20, 2006 to November 1,

ORDER
CR 05-00395 CRB

2

1  2006. The Court finds that the failure to grant the requested exclusion would deny defense
2  counsel reasonable time necessary for effective preparation taking into account the exercise of
3  due diligence. Further, the Court find the exclusion warranted based on continuity of counsel.
4  The Court also finds the exclusion warranted on complexity grounds, under 18 U.S.C. §
5  3161(h)(8)(B)(ii). Thus, the Court finds that the ends of justice served by granting the requested
6  exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the
7  prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time
8  should be made under 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii) and (h)(8)(B)(iv).
9      IT IS SO ORDERED.

11  DATED: Sept. 19, 2006

                                              _____
                                              CHARLES R. BREYER
                                              United States District Judge

ORDER
CR 05-00395 CRB

3