SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
HYE CHA KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0395 CRB |
| ) | |
| Plaintiff, ) | [proposed] ORDER TO RELEASE LIEN ON PROPERTY SECURING BOND FOR DEFENDANT'S PRETRIAL RELEASE |
| ) | |
| v. ) | |
| ) | |
| HYE CHA KIM, ) | |
| ) | |
| Defendant. ) | |

To secure her pretrial release, defendant Hye Cha Kim provided to the Clerk of the Court a Note and Deed of Trust against her residence, the real property commonly known and described as 1600 Webster Street, No. 212, San Francisco, CA 94115.

On February 5, 2007, defendant Hye Cha Kim entered a guilty plea pursuant to a plea agreement with the government. On the same day, this Court placed her on probation on specified terms and conditions. At the conclusion of sentencing, counsel for Ms. Kim moved that bond supporting her pretrial release be exonerated. Without objection by the government, this Court ordered that bond be exonerated. This Court thereafter issued its Judgment in this matter.

To implement the Order made at the conclusion of sentencing in this matter, this Court ORDERS that that the Clerk of the Court release the lien on 1600 Webster Street, No. 212, San

Francisco, California, that secured the pretrial release of Hye Cha Kim and shall reconvey to Hye Cha Kim her interest in that property. The Note and Deed of Trust against the real property commonly known and described as 1600 Webster Street, No. 212, San Francisco, California, is exonerated. The clerk shall promptly sign a Full Reconveyance reconveying the property at 1600 Webster Street, No. 212, San Francisco, California, to Hye Cha Kim.

DATED: March 16, 2007

_____
United States District Court Judge